**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA      \*

                             \*         Criminal No.  CCB-14-0237

       v.                     \*         Civil No. CCB-16-2588

                             \*

TYWON McINTYRE            \*

                          \*\*\*\*\*\*

## MEMORANDUM

Tywon McIntyre has filed a motion to vacate under 28 U.S.C. § 2255 relying on the decision in *Johnson v. United States,* 135 S. Ct. 2551 (2015). McIntyre was sentenced for his conviction of Hobbs Act Robbery in violation of 18 U.S.C. § 1951(a). He was not sentenced as an Armed Career Criminal or as a career offender under mandatory guidelines. <u>Johnson</u> does not apply. The court varied upward because of the seriousness of the offense and McIntyre's criminal record, but it did not impose any "enhancement" based on a prior "crime of violence."

Accordingly, McIntyre's petition must be denied. No certificate of appealability will be issued. A separate order follows.

Date:   4/11/18                                 _____

                                                Catherine C. Blake
                                                United States District Judge